

**BEVERLY CRUMLEY** HAYS COUNTY DISTRICT CLERK
Government Center, 712 S. Stagecoach Trail, Rm. 2211, San Marcos, Texas 78666
512/393-7660

**FILED**

*October 26, 2015*

**Third Court of Appeals**
**Jeffrey D. Kyle**
**Clerk**

To:    Jeffrey D. Kyle
       Clerk, Court of Appeals
       Third District of Texas
       P. O. Box 12547
       Austin, Texas 78711-2547

Re:    Appellate Court #03-13-00296-CR
       TC Cause # CR-11-0908
       Style: State of Texas vs. Robbie Walker

Dear Sir/Madam:

In accordance with Rule 51.2(a)(1) TRAP, I hereby acknowledge receipt of the mandate in the above entitled and numbered cause and have filed same on October 23, 2015.

Beverly Crumley
District Clerk, Hays County

By: _____
Kathy Orlowski, Deputy